UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In Re:

**Courtney Robinson**                                        Case No: 13-35483-KRH

    **Debtor(s)**

## Certification Pursuant to Local Rule 9013-1N

1. The undersigned certify that the statements below are true as of the date hereof and that they will be true as of the date of the expedited hearing and may be relied upon by the Court unless notice in writing to the contrary is given to the Trustee and the court at or prior to such time.

2. Jessica L. Fellows, counsel for Debtor, hereby certify:

   a) That I have carefully examined the matter and concluded that there is a true need for an emergency hearing.

   b) That I have not created the emergency through a lack of due diligence, and

   c) That I have made a bona fide effort to resolve the matter without a hearing.

By signing this certification requesting an expedited hearing, I acknowledge that all of the above statements are true and accurate and that the Court may rely upon the truth of each these statements in determining whether to grant the motion for the expedited hearing. I understand that the Court may refuse to grant the motion or withdraw the hearing date if the statements relied upon are not accurate.

Date:   October 30, 2013

    Respectfully submitted,
    Courtney Robinson
    By: /s/ Jessica L. Fellows
    Counsel for Debtor
    Jessica L. Fellows, Esq. VSB#82095
    America Law Group, Inc.
    2312 Boulevard
    Colonial Heights, VA 23834

I hereby certify that on this October 30, 2013, a copy of the foregoing Certification was electronically transmitted and/or mailed/faxed to Carl M. Bates, Chapter 13 Trustee, POB Box 1819, Richmond, VA 23218-1819, the U.S. Trustee at 701 E. Broad Street, Richmond, VA 23219, and to all creditors and necessary parties.

/s/ Jessica L. Fellows
Jessica L. Fellows, Esq. VSB#82095

**1st Advantage FCU**
P O Box 2116
Newport News, VA 23609-0000

**1ST ADVANTAGE FEDERAL CREDIT UNION**
C/O QUADROS & ASSOCIATES, P.C.
2715 HUNTINGTON AVENUE
NEWPORT NEWS, VA 23607
(757) 244-4611

**Afni**
Attention: Bankruptcy
1310 Martin Luther King Dr
Bloomington, IL 61701-0000

**Allianceone**
4850 E Street Rd Ste 300
Trevose, PA 19053-0000

**Allied Cash Advance**
7955 NW 12th St
Suite 300
Miami, FL 33126-0000

**American InfoSource LP as agent for**
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

**Capio Partners Llc**
2222 Texoma Pkwy Ste 150
Sherman, TX 75090-0000

**CASHCALL**
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVE., STE. 400
WA 98212-0000

**Cashcall Inc**
Attn:Bankruptcy Department
1600 S Douglass Rd
Anaheim, CA 92806-0000

**Central VA Health Services**
P.O. Box 220
New Canton, VA 23123-0000

**Check City**
2729 B-West Broad St
Richmond, VA 23220-0000

**CJW Medical Center**
P.O. Box 99400
Louisville, KY 40269-0000

**Commonwealth of Virginia,**
c/o Poole Mahoney PC
9850 Lori Road, Suite 101
Chesterfield, VA 23832

**Credit Collection Services**
Two Wells Avenue
Newton Center, MA 02459-0000

**Delaware EZPass**
26 Old Rudnick Lane
Dover, DE 19901-0000

**Dt Credit Co**
Attn: Bankruptcy Dept
Po Box 29018
Phoenix, AZ 85038-0000

**Eastern Account System INC.**
Attn: Bankruptcy Dept.
Po Box 837
Newtown, CT 06470-0000

**EZ Pass Maryland**
PO Box 17600
Baltimore, MD 21297-0000

**Focus Recovery Solutions**
Attn: Bankruptcy
9701 Metropolitan Court Ste B
Richmond, VA 23236-0000

**GMAC Insurance**
P.O. Box 3199
Winston Salem, NC 27102-0000

**Gooslby Avenue Company LLC**
2796 Goolsby A
Richmond, VA 23234-0000

**Home Furnishings**
Home Furnishings Credit Co.
Po Box 12812
Norfolk, VA 23541-0000

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

**IRS**
P.O. Box 21126
Philadelphia, PA 19114

**IRS**
po box 7346
Philadelphia, PA 19101-0000

**LCA Collections**
P.O. Box 2240
Burlington, NC 27216-0000

**LGBS, LLP Attorneys At Law**
920 North King St., Suite 412
One Rodney Square
Wilmington, DE 19801-0000

**National City Bank/PNC**
Attention: Bankruptcy
6750 Miller Rd.
Brecksville, OH 44141-0000

**Partners Financial Services**
PO Box 728
Fenton, MO 63026-0000

**PNC**
Attention: Bankruptcy
6750 Miller Rd.
Brecksville, OH 44141-0000

**Poole Mahoney, PC**
9850 Lori Road, Suite 101
Chesterfield, VA 23832-0000

**Quadros & Assoc**
2715 Huntington Ave
Newport News, VA 23607-0000

**Solodar & Solodar**
11504 Allecingie Pkwy
Richmond, VA 23235-0000

**Treasurer, Chesterfield County**
P.O. Box 70
Chesterfield, VA 23832-0000

**Trident Asset Management**
5755 Northpoint Pkwy
Alpharetta, GA 30022-0000

**U.S. Attorney**
600 E. Main St., 18th Flr
Richmond, VA 23219

**Unique National Collec**
119 E Maple St
Jeffersonville, IN 47130-0000

**United Consumers, Inc.**
P.O. Box 4466
Woodbridge, VA 22194-0000

**US Dept of Education**
Bankruptcy Dept
PO Box 65128
Saint Paul, MN 55165-0000

**Usa Funds/Sallie Mae Servicing**
Attn: Bkruptcy Litigation Unit
E3149, Po Box 9430
Wilkes-Barre, PA 18773-0000

**Van Ru Credit Corp.**

11745 W Bradley Road
Milwaukee, WI 53224-0000

**Vernon J. Harris East End Comm Cntr**
2025 E Main St. Suite 105
Richmond, VA 23223-0000

**Virginia Dept of Taxation**
PO Box 2156
Richmond, VA 23218-0000

**Virginia Employment Commision**
PO Box 1358
Richmond, VA 23261-0000